**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ANTHONY LEWIS,

     Plaintiff,

v.                                    Case No. 3:21-cv-847-TJC-PDB

FIRST CREDIT SERVICES INC.,

     Defendant.

---

## **O R D E R**

Upon review of Plaintiff's Notice of Voluntary Dismissal (Doc. 8), filed on December 29, 2021, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 30th day of December, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Counsel of record

First Credit Services Inc.
9 Wills Way, Building 3
Piscataway, NJ 08854